UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ESCOLASTICO DE LEON-GRANADOS, RENE VILLATORO-DE LEON, MARGARITO RECINOS-VILLATORO, ISAIAS PROFETA DE LEON-GRANADOS, and ARMENIO PABLO-CALMO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELLER & SONS TREES, INC. and JERRY ELLER<br><br>Defendants. | Case No. 1:05-cv-1473-CC |

## PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM

In accordance with the provisions of Fed. R. Civ. P. 45(c)(2)(B), Fed. R. Civ. P. 37(a)(2)(b) and Local Rule 37.1, the Plaintiffs hereby move the Court for an order compelling Mr. Ismael Olegario Recinos to produce for inspection and copying those documents and things sought through the Plaintiffs' subpoena duces tecum, served upon him on April 3, 2006. The Defendants have stated untimely

and substantively inadequate objections to the subpoena on Mr. Recinos' behalf. The Plaintiffs set forth and treat these objections in the accompanying memorandum of law.

In accordance with Federal Rule of Civil Procedure 37(a)(2)(A)(B) and Local Rule 37.1(A)(1) counsel hereby certifies that the Plaintiffs have conferred in good faith with the Defendants in an effort to secure the disclosures sought without Court action.

The Plaintiffs also request the award of the expenses of this motion, including a reasonable attorney's fee, in accordance with Fed. R. Civ. P. 37(a)(4).

This motion is supported by the accompanying memorandum of law, which is incorporated herein by reference.

Respectfully Submitted,

s/Brian Spears
Brian Spears
State Bar of Georgia No. 670112
1126 Ponce de Leon Avenue
Atlanta, GA  30306
404-872-7086
e-mail:   bspears@mindspring.com
Mary C. Bauer
*Pro Hac Vice*

Virginia Bar Number 31388
e-mail: mbauer@splcenter.org
Andrew H. Turner
*Pro Hac Vice*
Virginia Bar Number 48853
e-mail: aturner@splcenter.org
Kelley Bruner
*Pro Hac Vice*
Alabama Bar Number ASB-8115-K74B
e-mail: kbruner@splcenter.org
Immigrant Justice Project
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
334-956-8200
334-956-8481 (fax)

Tim A. Freilich
*Pro Hac Vice*
Virginia Bar Number 44077
e-mail: tim@justice4all.org
James M. Knoepp
*Pro Hac Vice*
Virginia Bar Number 46327
e-mail: jim@justice4all.org
Virginia Justice Center for Farm & Immigrant Workers
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
703-778-3450
703-778-3454 (fax)

Alex. R. Gulotta
*Pro Hac Vice*
Virginia Bar Number 37097
Legal Aid Justice Center
1000 Preston Avenue, Suite A

Charlottesville, VA  22903
434-977-0553
434-977-0558 (fax)
e-mail:  alex@justice4all.org

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing ***Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

>J. Larry Stine, Esq.
>Elizabeth K. Dorminey, Esq.
>Paul Oliver, Esq.
>Wimberly, Lawson, Steckel & Schneider, P.C.
>3400 Peachtree Rd. N.E., Suite 400
>Atlanta, GA  30326
>(404)-365-0900
>jls@wimlaw.com
>bdorminy@bellsouth.net

This 20th day of July, 2006.

**S/ BRIAN SPEARS**