RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN -8 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| **JERRY ALBERT ELLER,** | ) | Case No. **10-62294-7** |
| | ) | |
| Debtor. | ) | |

## ORDER APPROVING SETTLEMENT

At Butte in said District this 4th day of June, 2012.

Before the Court is the Trustee's Motion, filed on May 14, 2012 (Docket No. 139), requesting the Court's approval of a Settlement Agreement entered into between the Trustee, Jerry Albert Eller ("Debtor"), through his attorney, Daniel S. Morgan, Yvonne Eller ("Yvonne"), through her attorney, Harold V. Dye, and Escolastico De Leon Granados, Isaias Profeta De Leon Granados, and Armenio Pablo Calmo, on behalf of themselves and all other similarly situated FLSA opt-in Plaintiffs (hereinafter "FLSA Class Members") and on behalf of themselves and all other Rule 23 class members (hereinafter "Rule 23 Class Members") through their counsel of record, James M. Knoepp. The proposed Settlement Agreement is intended by the parties to be a global resolution of all issues, including those claims pending against the Debtor in Adversary Proceeding No. 11-00019, as well as various avoidance claims which could be asserted by the Trustee against Yvonne, but have not yet been filed. The parties involved in Adversary Proceeding No. 11-00019 have filed a separate motion with the Court in that matter seeking

1

approval of the identical Settlement Agreement that is presently before the Court in order to comply with the mandates of Rule 23, F.R.Civ.P. Based on the Court's review of the Trustee's Motion and the attached Settlement Agreement, and in the absence of any objection to the proposed settlement, the Court finds the proposed settlement agreement is fair and equitable, and in the estate's best interest pursuant to Rule 9019(a), F.R.B.P. Based on the foregoing and good cause appearing,

**IT IS ORDERED** the Trustee's Motion to Approve Compromise Settlement, filed on May 14, 2012, (Dkt. 139), is **GRANTED;** the Settlement Agreement is **APPROVED** and all parties to the Settlement Agreement shall henceforth be bound by and shall comply with the terms and conditions of the Settlement Agreement attached to the Trustee's Motion.

                                        BY THE COURT

                                        */s/ Ralph B. Kirscher*

                                        HON. RALPH B. KIRSCHER
                                        U.S. Bankruptcy Judge
                                        United States Bankruptcy Court
                                        District of Montana